**Order entered March 12, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01013-CV

## LUXOTTICA OF AMERICA INC. F/K/A LUXOTTICA RETAIL NORTH AMERICA INC. AND EYEMED VISION CARE LLC, GUTMAN VISION, INC., ALEX GUTMAN, AND MILANA GUTMAN, Appellants

**V.**

## JEFFREY GRAY, DAWN GRAY AND BRAVE OPTICAL, INC., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07929**

### ORDER

Before the Court is appellees' March 10, 2020 third unopposed motion for an extension of time to file their brief. Because appellees have timely filed their brief, we **DENY** the motion as moot.

/s/    KEN MOLBERG
        JUSTICE